*Solicitor General Jackson* and *Messrs. Sewall Key* and *Richard H. Demuth* for the United States.

No. 344. MARTIN, TRUSTEE, *v.* NEW YORK LIFE INSURANCE CO. October 16, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John Marshall Giltinon* for petitioner. *Messrs. John E. MacLeish* and *Louis H. Cooke* for respondent.

No. 345. MARTIN, TRUSTEE, *v.* EQUITABLE LIFE ASSURANCE SOCIETY. October 16, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Mr. John Marshall Giltinon* for petitioner. *Messrs. Frederic Burnham* and *David F. Rosenthal* for respondent.

No. 348. LUKE HANNON *v.* UNITED STATES;
No. 349. JOSEPH HANNON *v.* SAME;
No. 350. THOMAS HANNON *v.* SAME;
No. 351. ROSENBERG *v.* SAME; and
No. 352. STONE *v.* SAME. October 16, 1939. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Jacob Weinstein* for petitioners. *Solicitor General Jackson, Assistant Attorney General Rogge,* and *Messrs. Mahlon D. Kiefer* and *W. Marvin Smith* for the United States. Reported below: 105 F. 2d 390.

No. 406. ALLEN *v.* ILLINOIS; and
No. 448. GENDUSA *v.* LOUISIANA. See *ante,* p. 511.